UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          ECF
----------------------------------------------------------------X
BOARD OF TRUSTEES of the LOCAL UNION 373            Index: 08 CIV
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND                     **JUDGE CONNER**
PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,                                      RULE 7.1

                                                  Plaintiffs,
      -against-                                           **08 CIV. 5437**

LANDMARK AIR SYSTEMS INC.,

                                               Defendant.
----------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

       None.

Dated: June 5, 2008

                                                     _____
                                                     Karin Arrospide, Esq. (KA9319)
                                                     Barnes, Iaccarino, Virginia,
                                                     Ambinder & Shepherd
                                                     258 Saw Mill River Road
                                                     Elmsford, NY  10523
                                                     (914) 592-1515