# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

                                           Plaintiffs,

-against-                                     08 Civ. 5437 (WCC)

**SUBSTITUTION OF ATTORNEY**

LANDMARK AIR SYSTEMS INC.,

                                           Defendants.

---------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, New York
       August 11, 2008

                                                    Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC

                                                    By: _____
                                                    Emily A. Roscia, Esq. (ER 3649)
                                                    258 Saw Mill River Road
                                                    Elmsford, New York 10523
                                                    (914) 592-1515

SO ORDERED:

_____
**HONORABLE JUDGE WILLIAM C. CONNER, U.S.D.J.**

F:\LEGAL\373 COLLECTIONS\373 v. Landmark\Substitution of Attorney.doc