**ORIGINAL**

Conner, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

                         Plaintiffs,

-against-                                           08 Civ. 5437 (WCC)

                                                      ECF CASE

                                                      **SUBSTITUTION OF ATTORNEY**

LANDMARK AIR SYSTEMS INC.,

                        Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, New York
          August 11, 2008

                                                  Barnes, Iaccarino, Virginia, Ambinder &
                                                 Shepherd, PLLC

                                           By: _____
                                              Emily A. Roscia, Esq. (ER 3649)
                                              258 Saw Mill River Road
                                              Elmsford, New York 10523
                                              (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE WILLIAM C. CONNER, U.S.D.J.

DATED: White Plains, NY
           Sept. 3, 2008

F:\LEGAL\373 COLLECTIONS\373 v. Landmark\Substitution of Attorney.doc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO NEW COUNSEL OF RECORD 9/3/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

                                      Plaintiffs,

-against-                                                             08 Civ. 5437 (WCC)

                                                                                     **AFFIDAVIT**
                                                                                     **PURSUANT TO**
                                                                                     **LOCAL CIVIL**
LANDMARK AIR SYSTEMS INC.,                        **RULE 1.4**

                                        Defendants.

-----------------------------------------------------------------x

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF WESTCHESTER   )

      Emily A. Roscia, Esq., being duly sworn, deposes and says:

      1.     I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Board of Trustees of the Local Union 373 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Local 373 Benefit Funds. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

2. Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is no longer associated with this firm, and I have been assigned as the attorney for this matter.

3. The Complaint was filed on June 16, 2008. The Answer was due July 15, 2008. There currently are no dates scheduled.

WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney be granted.

Dated: Elmsford, New York
August 13, 2008

Emily A. Roscia, Esq. (ER 3649)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 13 day of
August, 2008

Notary Public

WENDELL V. SHEPHERD
Notary Public, State of New York
... County
Commission Expires ...

F:\L373 Collections\Landmark Air Systems\Rule 4.1 Affidavit.doc

2