UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY LOCAL 373 BENEFIT FUNDS,

Index No.: 08-CIV-5437 (WCC)

Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL**

-against-

LANDMARK AIR SYSTEMS INC.,

Defendant.
------------------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: September 5, 2008
       Elmsford, New York

_____
Emily Roscia, Esq. (ER 3649)
Attorney for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED

_____
Honorable William C. Conner, U S.D.J.